### OWENS v. STATE. (No. 7176.)

(Court of Criminal Appeals of Texas.
June 23, 1922.)

Criminal law &#8477;1131(1)—Appeal dismissed on appellant's personal affidavit.

Appeal will be dismissed, where accused files with the reviewing court his personal affidavit that he does not desire to further prosecute the appeal.

Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge.

O. O. Owens was convicted of unlawfully manufacturing intoxicating liquor, and appeals. Case dismissed, upon appellant's filing his personal affidavit that he does not desire to further prosecute his appeal.

R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for the unlawful manufacture of intoxicating liquor. Punishment is one year in the penitentiary.

Appellant has filed his personal affidavit with this court, advising that he does not desire to further prosecute his appeal, and requesting that same be dismissed.

The appeal is therefore dismissed, at his instance.